IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 23 CR 0347 |
| v. | ) | |
| | ) | |
| TAMIKA BEVERLY | ) | Judge Jeffrey Cummings |

**Status Regarding Proposed Trial Dates**

In an April 16, 2026, the Court ordered:

By 4/30/26, the parties shall file a joint status report indicating their availability for a trial during the week of 7/20/26, 7/27/26 or 8/3/26.

Defense counsel has conferred with AUSA Andrea Campbell and neither the defense nor the prosecution have any conflict with the week of 8/3/26 for a possible trial.

Respectfully submitted,

s/Steven Saltzman
Attorney for Defendant Beverly

**PROOF OF SERVICE**

I, Steven Saltzman, an attorney certifies that on April 30, 2026, I caused the above-described Status Regarding Proposed Trial Dates to be served in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court 's system as to ECF filers.

/s/Steven Saltzman

Steven Saltzman
200 S. Michigan Ave., Ste 201
Chicago, IL 60604
312-427-4500
SSaltzlaw@gmail.com